**FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.**

★ **MAY 02 2018** ★

LONG ISLAND OFFICE
430 Spur Drive North

Bay Shore, NY 11706

May 2, 2018

The Clerk for

Honorable Judge Joanne Azrack

United States District Court

Eastern District of New York

Court Room 902,

Central Islip, New York

**RECEIVED**

**MAY 02 2018**

**EDNY PRO SE OFFICE**

Dear Sir,

Re: Case Number: CV – 17 – 3113 (Emmanuel Etere v Nassau County, et al.)

      Pursuant to Honorable Judge Joanne Azrack's order of January 25, 2018, I am writing to request that this case be placed back in the docket. This is because all state proceedings have come to a final resolution.

Respectfully submitted

Emmanuel Etere (Plaintiff)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X

EMMANUEL ETERE

Plaintiff(s),

-against-

NASSAU COUNTY, et al

Defendant(s).
------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 02 2018 ★

LONG ISLAND OFFICE

**AFFIRMATION OF SERVICE**

17-cv-3113 ( )( )

I EMMANUEL ETERE, declare under penalty of perjury that I have served a copy of the attached LETTER upon RALPH REISSMAN (DEFENDANT'S ATTORNEY) by mailing it to _____

whose address is: 1 WEST STREET MINEOLA, NY 11501

Dated: MAY 2, 2018
Central Islip, New York

_____
Signature

430 SPUR DRIVE NORTH
Address

BAY SHORE, NY 11706
City, State & Zip Code